Cumberledge *v.* Cumberledge, Appellant.

*Michael A. Donadee,* for appellant.

No oral argument was made, nor brief submitted for appellee.

OPINION PER CURIAM, June 14, 1973:

At oral argument, appellant contended that the lower court erroneously entered a judgment of arrearages from a support order without affording him an evidentiary hearing to determine financial ability to pay said judgment. Subsequent to argument, this Court was in-

formed that appellant had died, and that therefore, an evidentiary hearing became moot.

As this appeal was limited to the issue of the right to have a hearing despite the existence of arrearages, our holding in the instant case should not be dispositive of or prejudicial to any right of decedent's estate to appeal on other grounds.

Order affirmed.